JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JOSEPH J. PHELAN, | } | Case No. SACV 15-0216-KES |
| Plaintiff, | } | |
| v. | } | **J U D G M E N T** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | } | |
| Defendant. | } | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that, pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Social Security Commissioner is reversed and this matter is remanded for further proceedings consistent with the opinion.

Dated: <u>November 10, 2015</u>

_____
KAREN E. SCOTT
United States Magistrate Judge